IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JEREMY SUMMERS**                                                              **PLAINTIFF**

v.                    Case No. 4:15-cv-00242 KGB

**CHELSEY GRIMES; JOHNNY FRY;
THE CITY OF BLYTHEVILLE, ARKANSAS;
AND THE ARKANSAS MUNICIPAL LEAGUE**             **DEFENDANTS**

## ORDER

On April 30, 2018, the parties entered into a settlement agreement after participating in a settlement conference conducted by United States Magistrate Judge Beth Deere. Accordingly, it is hereby ordered that the case be, and it is hereby, dismissed with prejudice, subject to the terms of the settlement agreement, pursuant to Federal Rule of Civil Procedure 41(a)(2).

The Court retains jurisdiction to vacate this Order and to reopen the action upon cause shown that settlement has not been completed and that a party wishes this Court to enforce the settlement agreement specifically.

It is so ordered, this the 20th day of June, 2018.

                                                         _____
                                                         KRISTINE G. BAKER
                                                         UNITED STATES DISTRICT JUDGE